# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV13-02202-JGB (SPx) | Date | April 15, 2015 |
|---|---|---|---|
| Title | JackieHuber, et al. v. ERI Financial Services, et al., | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | CS-RS-4 04/15/15 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Jeremy S. Golden | | Valerie Hong |

**Proceedings:**       **SETTLEMENT CONFERENCE**

A Settlement Conference in this matter was held on April 15, 2015. Jeremy S. Golden, counsel for plaintiffs, appeared with plaintiffs Jackie Huber and Terence Cantu. Valerie Hong, counsel for defendant, appeared with Ernest Hopson, Owner of ERI Financial Services. Christopher D. Holt, Insurance Carrier for Allied World was also present.

A settlement was reached. The Court directed the parties to notify the assigned District Judge regarding the settlement of this matter.

|  | 4.20 |
|---|---|
| Initials of Deputy Clerk | kc |