Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax:  775-743-0307
Attorney for Plaintiffs

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE HUBER, et al., <br><br> Plaintiffs <br><br> v. <br><br> ERI FINANCIAL SERVICES, et al., <br><br> Defendants. | Case No.:  5:13-cv-02202-JGB-SP <br><br> **Order on Stipulation to Dismiss Entire Action** |

Pursuant to the parties' Stipulation for Dismissal, this Court hereby dismisses the above-captioned action in its entirety with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: June 18, 2015          BY: _____
                                UNITED STATES DISTRICT JUDGE